# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEKAL T. JAMES,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Civil Case No. 3:17-cv-00537-JPG
---
Criminal Case No. 07-40006-JPG-004

## <u>MEMORANDUM & ORDER</u>

## J. PHIL GILBERT, DISTRICT JUDGE

Before the Court is the Government's Motion for Order Authorizing Criminal Defense Attorney to Provide Written Response. (Doc. 15.) Previously, this Court found that petitioner's §2255 motion raised allegations of ineffective assistance of counsel and ordered the Government to respond. Petitioner was represented by Melissa Day with respect to the allegations in the §2255 motion.

In light of the Seventh Circuit's decision in *United States v. Evans*, 113 F.3d 1457 (7th Cir. 1997), an order from the Court specifically finding that petitioner's allegations have waived the otherwise applicable attorney/client privilege and authorizing Mrs. Day to respond is necessary. In *Evans*, the Seventh Circuit noted that the "most prudent course" for a defense attorney to take before disclosing confidential communications and other information—even if they attorney believed that a waiver of the privilege had clearly occurred—is to secure an administrative or judicial determination that the disclosure would not violate the attorney client privilege. *Id*. at 1468.

1

**IT IS ORDERED** that the Government's motion be and is hereby **GRANTED**. The Court **FINDS** that petitioner's allegations of ineffective assistance of counsel on the part of Mrs. Day operate as a waiver of the attorney/client privilege as to those allegations.

**IT IS FURTHER ORDERED** that Mrs. Day is authorized to provide a response addressing petitioner's allegations of ineffective assistance of counsel in petitioner's §2255 motion.

**IT IS SO ORDERED.**

**DATED:  MARCH 13, 2018**

<u>*s/ J. Phil Gilbert*</u>  
**J. PHIL GILBERT**  
**DISTRICT JUDGE**